the respondents' objections in a single answer brief that shall be filed no later than February 1, 2001.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the notice and service requirements of Gov.Bar R. X(6)(C) shall not apply to this order; and announcement and publication of this order by the Supreme Court Reporter in the Ohio Official Reports and the Ohio State Bar Association Report shall constitute notice to the respondents.

*Wednesday, December 6, 2000*

## MERIT DOCKET

**00–1421.   Toledo v. Pub. Util. Comm.**
Public Utilities Commission, No. 99–1609–EL–ORD. On motion to dismiss appeal. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1713.   State ex rel. Plassman v. Sixth Dist. Court of Appeals.**
In Mandamus. On answer of respondents and on motion for judgment on pleadings. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

**00–1759.   State ex rel. Valdez v. Montgomery.**
In Mandamus. On motion to dismiss by respondents and on motion for summary judgment. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1764.   State ex rel. Toledo v. Pub. Util. Comm.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1772.   State ex rel. Martin v. Cline.**
In Mandamus. On answer of respondent and motion for judgment on pleadings, motion to dismiss, motion for summary judgment, and motion for protective order. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1995.   State ex rel. Bragg v. Morgan.**
In Habeas Corpus. On petition for writ of habeas corpus of John T. Bragg. *Sua sponte*, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.